# EXHIBIT A

U.S. Department of Homeland Security    Subject ID (b)(7)(E)    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) DUMITRASCU, CRISTIAN | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|
| Country of Citizenship ROMANIA | Passport Number and Country of Issue | File Number CASE No (b)(6)(b)(7)(C),(b)(7)(E) (b)(6)(b)(7)(C) | Height 70 | Weight 216 | Occupation LABORER | |
| U.S. Address IN DHS CUSTODY | | | Scars and Marks See Narrative | | | |
| Date, Place, Time, and Manner of Last Entry 09/01/2019, 1200, (b)(7)(E) | Passenger Boarded at | F.B.I. Number (b)(7)(E) | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | | |
| Number, Street, City, Province (State) and Country of Permanent Residence ROMANIA | | Method of Location/Apprehension (b)(7)(E) | | | | |
| Date of Birth 03/03/1973    Age: 49 | Date of Action 02/23/2023 | Location Code SDC (b)(7)(E) | At/Near (b)(7)(E) CA | Date/Hour 02/22/2023 1600 | | |
| City, Province (State) and Country of Birth BUCHAREST, BUCHAREST, ROMANIA | AR ☒ Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By (b)(6) (b)(7)(C) | | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found SEEKING EMPLOYMENT | | | |
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. OVER 1 YEAR | | | | |
| Immigration Record (b)(7)(E) | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) See Narrative | | Number and Nationality of Minor Children | | | | |
| Father's Name, Nationality, and Address, if Known See Narrative | | Mother's Present and Maiden Names, Nationality, and Address, if Known See Narrative | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS # (b)(6)(b)(7)(C)    I77 #: NONE    DNA Envelope # (b)(6)(b)(7)(C)

ARREST COORDINATES:
------------------
Latitude:
Longitude: (b)(7)(E)

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA

Alien has been advised of communication privileges    02/23/2023
(Date/Initials)    (Signature and Title of Immigration Officer)

Distribution:

TO FILE
TO SECTOR
TO STATION

Received: (Subject and Documents) (Report of Interview)
Officer: (b)(6) (b)(7)(C)
on: February 23, 2023 at 0402    (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer:

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | | Continuation Page for Form ___I213___ |
|---|---|---|
| Alien's Name<br>DUMITRASCU, CRISTIAN | File Number<br>(b)(6) (b)(7)(C)<br>Event No (b)(6) (b)(7)(C),(b)(7)(E) | Date<br>02/27/2023 |

```
SCARS, MARKS, AND TATTOOS:
-------------------------
TATTOO SHOULDER, RIGHT
TATTOO SHOULDER, LEFT



ADDRESS USED ON I-862:
---------------------
Address Type: UNVALIDATED
Address: IN DHS CUSTODY

SPOUSE NAME AND ADDRESS:
-----------------------
Nationality:   (b)(6) (b)(7)(C)

         (b)(6) (b)(7)(C)


FATHER NAME AND ADDRESS:
-----------------------
Nationality    (b)(6) (b)(7)(C)


MOTHER NAME AND ADDRESS:
-----------------------
Nationality    (b)(6) (b)(7)(C)


RECORDS CHECKED:
---------------

   (b)(7)(E)




Other Family/Associates Not in Event:
------------------------------------
Spouse,
Father,   (b)(6) (b)(7)(C),(b)(7)(E)
Mother,

NARRATIVE:
---------
```

| Signature | Title |
|---|---|
| | |

___2___ of ___3___ Pages

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>DUMITRASCU, CRISTIAN | File Number<br>(b)(6)(b)(7)(C)<br>Event No (b)(6)(b)(7)(C),(b)(7)(E) | Date<br>02/27/2023 |
|---|---|---|

On February 22, 2023, Cristian DUMITRASCU was encountered by Border Patrol Agent (b)(6)(b)(7)(C) (b)(6)(b)(7)(C) During this encounter, DUMITRASCU was questioned about his citizenship and nationality, and whether he was in possession of any legal documents allowing him to remain in the United States legally. DUMITRASCU stated that he is a citizen and national of Romania, without proper immigration documents allowing him to enter or remain in the United States legally. Border Patrol Agent (b)(6)(b)(7)(C) at approximately 4:00 PM, arrested DUMITRASCU approximately (b)(7)(E) of the Otay Mesa Port of Entry and approximately one mile north of the United States\Mexico International Boundary. DUMITRASCU was transported to the (b)(7)(E) Station for further processing and disposition.

At the station, with the assistance of an interpreter from Free Online Services, it was determined that DUMITRASCU spoke the Romanian language. As a routine step in processing, DUMITRASCU`s biographical and biometric information were entered into the Department of Homeland Security processing systems. The following numbers are associated with DUMITRASCU:

A#: (b)(6)(b)(7)(C)
FINS#: (b)(6)(b)(7)(C)
FBI#: (b)(7)(E)

DUMITRASCU was received at the processing station, protocols were observed in compliance with the CBP National Standards on Transport, Escort, Detention, and Search policy. A risk assessment was conducted prior to placing DUMITRASCU in a holding room. DUMITRASCU expressed no concerns about being held in the facility.

DUMITRASCU was informed that it is a crime to lie to federal agents, and that he is subject to criminal prosecution under 18 USC 1001 if it is determined that he gave false statements.

No wants or warrants were found.

DUMITRASCU was (b)(7)(E) for this event, see BPA (b)(6)(b)(7)(C) attached G-166F.

On February 23, 2023, Border Patrol Agent (b)(6)(b)(7)(C) advised DUMITRASCU of his consulate communication rights. DUMITRASCU stated that he understood his rights and did not want to exercise them.

DUMITRASCU admitted to being a citizen and national of Romania without proper immigration documents allowing him to enter or remain in the United States legally. DUMITRASCU further stated that he was not inspected by an Immigration Officer at a designated Port of Entry when he entered the United States illegally afoot on September 1, 2019.

DUMITRASCU was served with DHS forms I-826, I-862, I-200, I-286, and a list of free legal services.

DUMITRASCU is being held in the custody of the Department of Homeland Security pending Warrant of Arrest/Notice to Appear removal proceedings.

| Signature | Title |
|---|---|
|   |   |

3 of 3 Pages