# EXHIBIT B

# Manifest Report by Manifest# (Legacy)

## Manifest Information - (b)(7)(E)

| | | | |
|---|---|---|---|
| Manifest Status | Booked Out | Total Subject(s) | 22 |
| Date of Transfer | 3/1/2023 12:21:00 PM | Created By | (b)(6) (b)(7)(C) |
| Transfer from | SDC | Created Date | 2/28/2023 |
| Transfer To | OTAY MESA DETENTION CENTER | Updated By | (b)(6) (b)(7)(C) |
| Group | | Updated Date | 3/1/2023 |
| Transportation Agency | Contractor - ISS Action | | |
| Notes | Movement to OMDC on 03/01/2023 at 1300hrs.<br>22 Males | | |
| Authorized By | (b)(6) (b)(7)(C) | | |
| Authorizer's Title | Assistant Chief Patrol Agent | | |

## Subject(s)

| Subject Picture | | A-File | Subject Name | Sex | Age | COC | CDS Prog | CDS Class | FIN # | Civ Id |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | Disposition: WA/NTA<br>Event Number (b)(7)(E)<br>Hold: No<br>Hold Reason:<br>Complete:<br>Monies:<br>Comment (b)(7)(E) Waiting on OMDC placement | (b)(6) (b)(7)(C) | DUMITRASCU, CRISTIAN | M | 49 | ROMAN | | FIRA | (b)(6) (b)(7)(C) | (b)(6) (b)(7)(C) |

[Page content is a redacted table; all data cells are blacked out and illegible.]