# EXHIBIT C

**DUMITRASCU, CRISTIAN 03/03/1973** (b)(7)(E)



(b)(7)(E)

### Subject

| Last Name | First Name | Middle Name | Date of Birth |
|---|---|---|---|
| DUMITRASCU | CRISTIAN | | 03/03/1973 |

| | | | |
|---|---|---|---|
| TECS ID: | (b)(7)(E) | | (b)(7)(E) |
| | | Record Owner: | BORDER PATROL  SAN DIEGO SECTOR (CJ0) |
| Subject Status: | (b)(7)(E) | Record Owner Phone: | (b)(6);(b)(7)(C) |
| | | Site: | CBP SAN DIEGO, OBP SECTOR HQS (P560) |
| Primary Action: | | Contact Name: | (b)(6);(b)(7)(C) |
| Agency: | U.S. CUSTOMS AND BORDER PROTECTION (C) | | (b)(7)(E) |

### Remarks

(b)(7)(E)

### Identifying Information

**Other Names**
- DUMITRASCU, CRISTIAN

**Other DOB**
- 03/03/1973

### Identifying Attributes

Race: WHITE (W)
Gender: Male (M)
Hispanic: NOT OF HISPANIC OR LATINO ORIGIN (N)

### Citizenship
- Romania (RO/ROU)

### Addresses

| Address As Of Date | Address Type | Address |
|---|---|---|
| 02/22/2023 | MAILING (M) | 11127 Tiara St<br>North Hollywood, CA 91601<br>United States (US/USA) |

### Additional Identifiers

| ID | Type |
|---|---|
| (b)(7)(E) | |

(b)(7)(E)